UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY NEWBERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-01661-JAR ) |
| TAMMY ROSS, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on a letter from Plaintiff dated March 28, 2025, which the Court will construe as a motion to add an address to the docket sheet. Plaintiff states that mail addressed to him at the Eastern Reception, Diagnostic and Correctional Center (ERDCC) is not being delivered to him. Reviewing the docket sheet, it appears that the returned mail had been addressed to Plaintiff at ERDCC but did not include Plaintiff's inmate number. *See* ECF Nos. 3 and 4. The Court has since added Plaintiff's inmate number, which has resolved the issue. Therefore, the Court will deny Plaintiff's motion as moot.

**IT IS HEREBY ORDERED** that Plaintiff's letter dated March 28, 2025, which the Court construes as a motion to add an address to the docket sheet, is **DENIED** as moot. [ECF No. 9]

Dated this 24th day of July, 2025.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE